UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

UNICORN TANKERS (INTERNATIONAL) LTD.,

      Plaintiff,       08 Civ. _____

 - against -          ECF CASE

ONTARIO OIL & GAS LTD. of NIGERIA a/k/a
ONTARIO OIL & GAS LTD. a/k/a ONTARIO OIL
& GAS LIMITED a/k/a ONTARIO OIL AND GAS (NIG.)
LTD. a/k/a ONTARIOOILNG a/k/a ONTARIO OIL &
GAS (NG),

      Defendant.
-------------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 11, 2008
New York, NY

         The Plaintiff,
         UNICORN TANKERS (INTERNATIONAL) LTD.

      By: _____
        Patrick F. Lennon
        Nancy R. Peterson
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        facsimile (212) 490-6070
        pfl@lenmur.com
        nrp@lenmur.com