CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNICORN TANKERS (INTERNATIONAL) LTD., :
  :
              Plaintiff, : **08-CV-225**
  :
      v. : **NOTICE OF**
  : **APPEARANCE**
ONTARIO OIL & GAS LTD. of NIGERIA a/k/a :
ONTARIO OIL & GAS LTD. a/k/a ONTARIO OIL :
& GAS LIMITED a/k/a ONTARIO OIL AND GAS :
(NIG.) LTD. a/k/a ONTARIOOILING a/k/a :
ONTARIO OIL & GAS (NG), :
  :
            Defendants. :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 6, 2008

                                  CLARK, ATCHESON & REISERT
                                  Attorneys for Garnishee
                                  Societe Generale New York Branch

              By: _____
                                  Richard J. Reisert (RR-7118)
                                  7800 River Road
                                  North Bergen, NJ  07047
                                  Tel: (201) 537-1200
                                  Fax: (201) 537-1201
                                  Email:  reisert@navlaw.com