UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNICORN TANKERS (INTERNATIONAL) LTD.,

                Plaintiff,

- against -

ONTARIO OIL & GAS LTD. of NIGERIA a/k/a
ONTARIO OIL & GAS LTD. a/k/a ONTARIO OIL
& GAS LIMITED a/k/a ONTARIO OIL AND GAS (NIG.)
LTD. a/k/a ONTARIOOILNG a/k/a ONTARIO OIL &
GAS (NG),

                Defendant.
------------------------------------------------------------------X

08 Civ. 225 (GEL)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 17, 2008
       Southport, CT

                            The Plaintiff,
                            UNICORN TANKERS (INTERNATIONAL) LTD.

                            By: _____
                            Nancy R. Siegel (NP 2871)
                            LENNON, MURPHY & LENNON, LLC
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            Phone (212) 490-6050
                            Fax (212) 490-6070
                            nrp@lenmur.com

**SO ORDERED**

_____
GERARD E. LYNCH, U.S.D.J.

7/21/08